IN RE J.H. ET AL.

[Cite as *In re J.H.*, 120 Ohio St.3d 359, 2008-Ohio-6697.]

*Discretionary appeal accepted and judgment of the court of appeals reversed on the authority of In re T.R.*

(No. 2008-1812 — Submitted October 14, 2008 — Decided December 24, 2008.)

APPEAL from the Court of Appeals for Montgomery County,

Nos. 22513 and 22514, 2008-Ohio-4324.

_____

{¶ 1}   The discretionary appeal is accepted.

{¶ 2}   The judgment of the court of appeals is reversed on the authority of *In re T.R.*, 120 Ohio St.3d 136, 2008-Ohio-5219, 896 N.E.2d 1003.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna Shia, Assistant Prosecuting Attorney, for appellant, Montgomery County Children Services.

_____

1